BRUNO BURN, Respondent, *v.* ALBERT F. COYLE, Appellant.

Submitted December 4, 1940; decided December 31, 1940.

*Isidor Enselman* and *Donald I. Peyser* for appellant.

*Seymour J. Wilner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.